BH

# United States District Court

__NORTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.
HOSAM MAHER HUSEIN SMADI

**WARRANT FOR ARREST**

CASE NUMBER: 3-09-MJ-286

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 29 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest HOSAM MAHER HUSEIN SMADI

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
ATTEMPTING TO USE A WEAPON OF MASS DESTRUCTION.

in violation of Title 18, United States Code, Section(s) 2332a(a)(2)(A).

HONORABLE IRMA C. RAMIREZ                    United States Magistrate Judge
Name of Issuing Officer                                      Title of Issuing Officer

_Irma Camille Ramirez_ (signature)              September 24, 2009 at Dallas, Texas
Signature of Issuing Officer                              Date and Location

Bail fixed at $ _____ by _____
                                                        Name of Judicial Office

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at  DALLAS, TX

| DATE RECEIVED 09/24/09 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/24/09 | SA DAVID W. MORGAN | _signature_ |

1782526