IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. |
| | § | |
| HOSAM MAHER HUSEIN SMADI | § | 3-09CR 294-M |
| | § | |

### INDICTMENT

Count 1
Attempted Use of a Weapon of Mass Destruction
(18 U.S.C. § 2332a(a)(2)(A), (B), and (D))

On or about September 24, 2009, in the Dallas Division of the Northern District of Texas, the defendant, **Hosam Maher Husein Smadi**, without lawful authority, did knowingly use and attempt to use a weapon of mass destruction, specifically a destructive device or bomb, against a person or property within the United States, to wit: by activating a timer connected to a vehicle borne improvised explosive device located inside a parking garage directly beneath a public building located at 1445 Ross Avenue, Dallas, Texas, and the building contained a federally insured bank, a facility of interstate commerce, and the results of the offense would have affected interstate commerce.

In violation of 18 U.S.C. § 2332a(a)(2)(A), (B), and (D).

Indictment - Page 1 of 2

<u>Count 2</u>
Bombing of a Place of Public Use
(18 U.S.C. §§ 2332f(a)(1)(A) and (B), 2332f(a)(2), and 2332f(b)(1)(E))

On or about September 24, 2009, in the Dallas Division of the Northern District of Texas, the defendant, **Hosam Maher Husein Smadi**, a national of Jordan, did knowingly and unlawfully deliver, place, discharge, and detonate an explosive and lethal device in, into, and against a place of public use and government facility, and did attempt to do so, to wit: by activating a timer connected to a destructive device or bomb and leaving the device in the public parking garage of a building at 1445 Ross Avenue, Dallas, Texas, with the intent to cause death or serious bodily injury and with intent to cause extensive destruction of such place and facility where such destruction was likely to result in major economic loss.

In violation of 18 U.S.C. §§ 2332f(a)(1)(A) and (B), 2332f(a)(2), and 2332f(b)(1)(E).

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
UNITED STATES ATTORNEY

_____
DAYLE ELIESON
Assistant United States Attorney
Texas Bar No. 00790639
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.767.2846

Indictment - Page 2 of 2



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

3-09CR-294-M

HOSMAN MAHER HUSEIN SMADI (1)

## INDICTMENT

18 U.S.C. § 2332a(a)(2)(A), (B), and (D)
Attempted Use of a Weapon of Mass Destruction

18 U.S.C. §§ 2332f(a)(1)(A) and (B),
2332f(a)(2), and 2332f(b)(1)(E)
Bombing of a Place of Public Use

2 Counts

A true bill rendered:

_____
DALLAS                                           FOREPERSON

Filed in open court this 7th day of October, A.D. 2009.

_____
                                                      Clerk

HOSMAN MAHER HUSEIN SMADI - IN CUSTODY

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Magistrate Complaint 3:09-MJ-286
Magistrate Case No. 3:09-MJ-286

3-09CR-294-M

ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | Related Case Information | |
|---|---|---|
| Superseding Indictment: | ☐ Yes ☒ No | New Defendant: ☒ Yes ☐ No |
| Pending CR Case in NDTX: | ☐ Yes ☒ No | If Yes, number: _____ |
| Search Warrant Case Number | N/A | |
| R 20 from District of | N/A | |
| Magistrate Case Number | 3:09-MJ-286 | |

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   Defendant Name _____ HOSAM MAHER HUSEIN SMADI (1) _____
   Alias Name _____
   Address _____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   AUSA Dayle Elieson                Bar # Texas State Bar. 00790639

3. **Interpreter**

   ☒ Yes  ☐ No      If Yes, list language and/or dialect: Arabic

4. **Location Status**

   Arrest Date:

   ☒ Already in Federal Custody as of  9/24/09  in  Seagoville
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2      ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 2332a(a)(2)(A), (B), and (D) | Attempted Use of a Weapon of Mass Destruction | 1 |
   | 18 U.S.C. §§ 2332f(a)(1)(A) and (B), 2332f(a)(2), and 2332f(b)(1)(E) | Bombing of a Place of Public Use | 2 |

Date  10-06-2009          Signature of AUSA: _____

RECEIVED OCT - 7 2009 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS