In The United States Dist Court
Northern Dist of Texas
Dallas Division

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
OCT - 1 2024
CLERK, U.S. DISTRICT COURT
By _____
Deputy

United States of America,         Criminal Case #: 3:09-CR-294-M-01
v.
Hosam Smadi,

---

Dear court's clerk                              Sep 23  2024

— Greetings & Respect ; Please find my motion for compassion release §3582 with attached exhibits for Judge M.G. Lynn ; I hope my hand writting is clear as I worked hard to complete this motion; to be filed on system.

2). Please certify & confirm my new Address change on court record for my response in future / court Response

My — New Address:
          Hosam Smadi # 39482-177
          U.S.P - MHU Allenwood
          P.O. Box 3000
          White Deer, PA 17887

— Thank you much for your time & Hard Work ... etc

        Hosam Smadi

            (-1 of 1-)